UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER NORTHCUTT | * | CIVIL ACTION NO. 3:22-CV-00630 |
| | * | |
| V. | * | JUDGE CAMPBELL |
| | * | |
| LHC GROUP, INC. | * | MAGISTRATE JUDGE BROWN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

Considering the Plaintiff's Unopposed Motion to Dismiss With Prejudice submitted in

the above-captioned lawsuit and the prior proceedings in this matter:

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's Unopposed Motion to

Dismiss With Prejudice be and is hereby granted.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the above-captioned

lawsuit and all claims asserted by Christopher Northcutt therein against LHC Group, Inc. be and

are hereby dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the parties shall bear

their/its own respective costs including court costs, attorney's fees and expenses.

THUS DONE AND SIGNED on this _____ day of _____, 2012 in

Nashville, Tennessee.

_____
UNITED STATES JUDGE